# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SA CV08-0767-DOC(ANx)                          Date   June 10, 2009

Title   D & D GROUP PTY LTD, ET. AL., -V- JAYSONS GROUP

Present: The Honorable          DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:   (In Chambers)   ORDER SETTING HEARING ON ORDER TO SHOW CAUSE

    Court is in receipt of Response by Plaintiff to the Court's Order to Show Cause re: Dismissal for Lack of Prosecution. Court sets this matter for hearing on **June 17, 2009 at 8:30 a.m.**

    The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

_____ :   00

Initials of Preparer   kh